TIN 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 Ticket. exhibit. 20155015. Pord. reg. MDOC. MSP. MPIC. 2002-KA-02122-CoA. MK00-124. 3:12-cv-399-HTW-LRA. Data. 3:07cv125-B-A. 2014-184(1). 2014-M-00478. M00-403. 00124. L0115.

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

Western Division

12-60711. 2014-184(2). 2014-184(1). 2014-M-00478. 2002-KA-02122-CoA. MK00-124. Data. 00124.

reg. offenders. PIN. L0115. Bownes Ulysses 20155015. L0015. 10115. Ulysses Bownes Bowens Bowens L0115.

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Jim Hood, et. al State of Mississippi Jim Hood, Ralph Doxey, Raymond Byrd, Emmit L. Sparkman, Christopher B. Epps, phil Bryant and Eric Holder.

Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 3:12-cv-399-HTW-LRA.

*(to be filled in by the Clerk's Office)*

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 10 2023
ARTHUR JOHNSTON
DEPUTY

**COMPLAINT FOR VIOLATION OF CIVIL RIGHTS** / Act of 1964 / public Accommodation / of 2000.
**(Prisoner Complaint)**

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

• 2014-184(2). • 2014-M-00478. exhibit 01-094. MCCF. • CMCF, MTC. • WGYCF. • DCF. 3:12cv399-HTW-LRA. • Ulysses Bowens. • EMCF. • Ulysses Bownes. Ulysses C. Bownes.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Bownes, Ulysses. Ulysses C. Bownes. Ulysses Bownes / Ulysses Bowens / Bownes Ulysses

All other names by which you have been known: Ulysses C. Bownes / Ulysses Bowen / Bownes Ulysses

ID Number: 20115501 15. 3391: Data : 1969: L0115 10115. L0015.

Current Institution: 7792: South Mississippi Correctional Institutions

Address: MDOC. MTC. Mississippi Department of Corrections: Management & Training Corporation, 10641 Hwy 80 West

Meridian (City) MS (State) 39307. (Zip Code)

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Jim Hood; Ralph Doxey; Raymond Byrd

Job or Title *(if known)*: Attorney General; Assistant District Attorney; Marshall Co. District Attorney; grand jury

Shield Number:

Employer: State of Mississippi

Address: 128 E. Van Dorn Avenue

Holly Springs (City) MS (State) 38635 (Zip Code)

☒ Individual capacity ☒ Official capacity

Defendant No. 2

Name: Emmitt L. Sparkman; Christopher B. Epps

Job or Title *(if known)*: Deputy Commissioner; Commissioner

Shield Number:

Employer: Mississippi Department of Corrections. MSP.

Address: 723 North President Street

Jackson (City) MS (State) 39202 (Zip Code)

☒ Individual capacity ☒ Official capacity

exhibit 2014-M-00478. 2014-1X414. Inmate Rights. # 3:12cv399-HTW-LRA. MKOO-124. cv2011-001. tickets. Cons. 2008-0022-M. cv2011-037. NIMBY.

Defendant No. 3

Name: phil Bryant

Job or Title *(if known)*: Former Governor: State of Mississippi. MDOC.

Shield Number:

Employer: Former Governor

Address: Legal Division P.O. Box 139
Jackson (City) MS (State) 39205 (Zip Code)

☒ Individual capacity ☒ Official capacity

Defendant No. 4

Name: Eric Holder

Job or Title *(if known)*: U.S. ~~Assistant~~ Attorney General

Shield Number:

Employer: united States

Address: 950 Pennsylvania Avenue, N.W.
Washington (City) DC (State) 20530 (Zip Code)

☒ Individual capacity ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim) Social security disability Insurance. Social Security Act. Beneficiary. Social Security Admin. Social Supplemental Security Income (SSI). Privacy Act Statement. 2000221121.

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Beneficial. patron. Assured. 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. 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. Assurance. Assure. Appellant. United States District Court Southern/Northern District of Mississippi. United States Court of Appeals, Fifth Circuit. Appellate Courts. Court of Appeals of The State of Mississippi. Clerk's. Supreme Court of Mississippi. State of Mississippi. United States Supreme Court. Municipal Court. Appellant. Appeals. Redress. Beneficent. 1972.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Social. Legal Remedy of Redress. Affluence. Appeals. 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. 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. United States District Court Southern/Northern District of Mississippi. United States Court of Appeals, Fifth Circuit. Appellate Courts. Court of Appeals of the State of Mississippi. Clerk's. Supreme Court of Mississippi. State of Mississippi. Appellant. United States Supreme Court. Municipal Court. Appellant. Bowne Ulysses 50115. Asylum. Brutality. Assured. #50115. 20115. Beneficial. Beneficent.

Ulysses Bownes/Ulysses Bowens 50115. 20115. MTC. EMCF. 10641 HWY 80 West. Meridian, MS 39307. Ulysses Bownes/Ulysses Bowens/ MDOC. Ulysses C. Bownes. Appellant.

exhibit A 12-60. 3:12cv399-HTW-LRA. 2014-184(2), Data Conv. 2014-M-00478, #M00-403.



Mississippi Constitution of 1890. Require. Title 47, prisons and prisoners, probation and parole Miss. Code of 1972. Maintain. Bill of Rights. Mississippi tort claims Act, Section 11-46-1 et seq. Civil Rights, public accommodations. 42 USCS 2000a, 2000a-1-2-3-4-5-6 et seq. Redistricted. 42 USCA 2000ee-1. privacy and civil Liberties officers. Social Security Disability Insurance. Supplemental Security Income (SSI). Social Security Act. Privacy Act Statement.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. Social Security Admin. Assurance. Assure.

United States District Court Southern/Northern District of Mississippi. United States Court of Appeals, Fifth Circuit. Appellate Courts. Court of Appeals of the State of Mississippi. Clerks. Supreme Court of Mississippi. State of Mississippi. Self-Will. United States Supreme Court. Municipal Court. Appellant. Ulysses Bowen, 1605, Memphis ... Administrative Remedy Program. Appeals.

Beneficent. Beneficial. #2000221121. Asylum. #094571. Patron. ...ility Admin. CCA. 121. SSA. SSI. Affluence. Assured. Beneficiary. Wrongs. Wrongful. Cruelty.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [x] Civilly committed detainee
- [x] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [x] Convicted and sentenced federal prisoner
- [x] Other *(explain)* Affluence. MKMK 00-124 Jury trial-criminal case Guilty verdict, State prisoner Commitment, Appellant, Human Rights Act. Data conv.

MDOC. Bowens Ulysses #201155115. L0115. L0015. East. MTC, 10641 Hwy 80 West Meridian, MS 39307. Beneficent. Beneficial. 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. 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. Assurance. Assure. Assured. Patron. Social Security Admin. Privacy Act Statement. Wrongful.

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed. Privacy Act Statement. Social Security Disability Insurance. Supplemental Security Income (SSI). Bench Warrant. Patron. Beneficiary. Beneficial. Beneficent. Patron.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

United States District Court Southern/Northern District of Mississippi. United States Court of Appeals, Fifth Circuit. Appellate Courts. Court of Appeals of the State of Mississippi. Appellant. Supreme Court of Mississippi. State of Mississippi. United States Supreme Court. Municipal Court. Clerks. MCCF. Wrongful. Social Security Disability Insurance. Supplemental Security Income (SSI).

Succor's. Assurance. Assure. Assured. Redress. #09-657142. Redress. Legal Remedy. Wrongful. Security Act. MS 39307. CA/WCCC.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose. Assurance.

United States District Court Southern/Northern District of Mississippi. United States Court of Appeals, Fifth Circuit. Court of Appeals of the State of Mississippi. Appellate Courts. Supreme Court of Mississippi. State of Mississippi. Appellant. United States Supreme Court. Municipal Court. Clerk's.

#M00-403. Succor's. Patron's. Beneficiary. Assure. Succession. Assured. Beneficent. 38635. Redress.

108 E. Wilson Ave, Holly Springs, MS 38635. Wrongful. Ulysses C. Bowens. Brutality. Wrongs. Administrative Remedy program.

Bownes Ulysses #Louis Lools. #2014-184(2)(i). exhibit: 2014-M-00478. 3:07cv125-B-A. 3:12cv399-HTW-LRA. 4:06cv194-P-D. NAB NBS. 399 Final Notice: 201155011 5. # 1042000000; 030922168 00024213. 2006-CP-01723. M-2006-168. COA. NAACP. Nab. nabob.

C. What date and approximate time did the events giving rise to your claim(s) occur? October 7, 2014. and

November 30, 2017. United States District Court Southern/Northern District of Mississippi. United States Court of Appeals, Fifth Circuit. Court of Appeals of the State of Mississippi. Appellate Courts. Supreme Court of Mississippi. State of Mississippi. Clerks. United States Supreme Court. Municipal Court. September 20, 2017. Appeals. 2022. 2013. Appellant.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* claim to ask ... wrongful. to take. United States District Court Southern/Northern District of Mississippi. Cruelty. United States Court of Appeals, Fifth Circuit. Appellate Courts. Court of Appeals of the State of Mississippi. Supreme Court of Mississippi. State of Mississippi. Clerks. United States Supreme Court. Municipal Court. Appellant. Wrongs. Act. 221121. MCO-403. Claimant a person ... Beneficial. Social Security Admin. Transitory. Privacy Act. True Legend. Beneficiary. Appeals. Beneficent. Assurance. Assured. Bench Warrant. Assure. Patron. legal Remedy or Redress. Administrative Remedy Program. True Legenda.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. Beneficiary. Hurt. Harm. Harsh. Subpoena. WCCF. Ulysses Bownes/Ulysses Bowens. 123/127 E. Wilson Ave. Raymond Byrd Facility. Ulysses Bownes/Ulysses Bowens/Holly Springs, MS 38635. Bench Warrant. Ulysses C. Bownes. 108 E. Wilson Ave. Holly Springs, MS 38635. Referral. Cruelty. Brutality. American Plastic Toys Inc. Holly Springs, MS 38635. Owe. MDOC. Asylum. Wrongful. Beneficial. Henley Lotterhos St Henley, P.O. Box 389 Jackson, MS 39205. Social Security Act. MCO-405. Ulysses Bownes, 160 S. Memphis St. Holly Springs, MS 38635. Code of 1972. Restoration of Civil Rights. Inhumanity. Pardon Request. (SSI). Patron. Beneficent. Autopsy. Twitter Blue. Affluence. Wrongs. Social Security Admin. Pain. Pardon. Mischief. Remedies. Data Conv. Tort. #3:07cv125-B-A. Wrong. Injustice.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. Rehab. Reimburse. Abundant. Wrongs. Redresses. Forfeit. Patron. Beneficent. Affluence. Amends. Redress, Reparation, Indemnity, Compensation. Beneficial. Medical Marijuana Dispensaries. Pardon. Beneficiary. Restitution. Social Security Disability Insurance. Assurance. Dismissal. Supplemental Security Income (SSI). Assure. Assured. Transfers. Social Security Admin. Act. Remedies. Ulysses Bownes/Ulysses Bowens. MSP. CMCF. MCCF. OCF. Releases. Ulysses Bownes/Ulysses Bowens/ MDOC. MTC. EMCF. CCA/WCCF. WBYCF. D. Ulysses C. Bownes, #L0115, L0015. 10641 Hwy 80 West Meridian, MS 39307. Pardon Request, Clemency. 201155011. Restoration of Civil Rights. Bownes Ulysses #L0115. $48,000,000.00. $20,000,000.00. legal remedy or Redress. Commutation of Sentence. Ulysses Bownes Bowens #L0115. Wrongful. Administrative Remedy Program.

309928168 00C

2014-M-00478'

3-A. Data 2014-184(2)(f).

3:12cv399-HTW-LRA, Data #12-60711'

AO 241 (Rev. 06/13)

309928168 00024214

Page 6

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging: #3882' Darrell Baughn' Special Assistant Attorney's General' James M Jim Norris, Postoffice Box 36 Parchman, MS 38738.

(a) At preliminary hearing: Thomas C. Levidiotis' Attorney & Counselor at Law, P.O. Box 1617 Oxford, MS, 38655, Jim Hood, Attorney's General, etal P.O. Box 220 Jackson, MS 39205.

(b) At arraignment and plea: Joseph M. Barrett, Attorney, P.O. Box 148 Oxford, MS. 38655. James M Jim Norris, etal Darrell Baughn, Attorney, P.O. Box 36 Parchman, MS. 38738. #3882

(c) At trial: Kent E. Smith's, P.O. Drawer 849 Holly Springs MS. 38635. Darrell Baughn, James M Jim Norris, Attorney P.O. Box 36 Parchman, MS 38738. #3882

(d) At sentencing: Kent E. Smith, etal P.O. Drawer 849 Holly Springs MS. 38635. James M Jim Norris, P.O. Box 36 Parchman, MS 38738 #3882. Darrell Baughn,

(e) On appeal: Thomas C. Levidiotis' Attorney & Counselor at Law, P.O. Box 1617 Oxford, MS, 38655, etal

(f) In any post-conviction proceeding: Ulysses Bownes #L0115, etal! State of Mississippi'. Petitioner's

(g) On appeal from any ruling against you in a post-conviction proceeding: Ulysses Bownes a/k/a Ulysses Bowens a L0115, MTC/EMCF Petitioner's 10641 Hwy 80 West Meridian, MS 39307' Darrell Baughn, P.O. Box 36 Parchman, MS 38738. James M Jim Norris, Special Assistant Attorney's General. #3882.

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? ☑ Yes ☑ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: Coupdetat Phil Bryant Court of Marshall County Circuit Court P.O. Box 459 Holly Springs, MS. 38635.

(b) Give the date the other sentence was imposed: 3-25-2002

(c) Give the length of the other sentence: Life open

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? ☑ Yes ☑ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.* wrongful U.S. So ordered and Adjudged, this the 2nd day of March, 2016'. Cause No: 2014-184(2) To The State of Mississippi legal Remedy or Redress. Capias october 10, 2014. Phil Bryant November 30, 2017, State of Mississippi not Guilty. #MK00124; Date' To the Sheriff of Marshall County Greetings We Command You to take the body of; wrongful. September 20, 2017, Ulysses Bownes/Ulysses Bowens #L0115. 20115 50115. 10641 Hwy 80 West Meridian, MS 39307' Bownes Ulysses L0015. Administrative Remedy Program. Appellant. wrong's.

Data 2014-184(2) # 2014-M-00478 # 12-60711
2014-M-00478
3:12cv399-HTW-LRA

II.

**Concise Statement of the Claims or Grounds Upon Which Motion is Based**

Petitioner bases his Post-Conviction Motion on the following Federal and State Constitutional claims and asserts that he is entitled to relief based upon each such ground:

1. Data 1.03 post orders: Civil Action File no. moo-403. Wrongful. "Standard" Service Station. Wrong's Administrative Remedy Program. Court of Appeals "2002-KA-02122-COA; 2006-CP-01723-COA. Not Guilty. Case No. 2014-M-00478(6). legal Remedy or Redress. Appellant.
2. 25-05-A Responsibility of Health Authority: MCA 47-5-801. Authority to adopt Administrative review procedure. MCA 47-5-803. procedure Constitutes Administrative
3. remedies available to offenders for purpose of preserving Cause of Action against State. MCA 47-5-805. Application of procedures to pending lawsuit.
4. MCA 47-5-807. Judicial review of Agency decision. Cause No. Data 2014-184(2): MCA 99-39-7. Filing of Motions. Miss. Code Ann. 99-39-5(a),

(a) Ground: That the Conviction or the Sentence was imposed in violation of the Constitution of the united States or the Constitution or laws of Mississippi.

Supporting facts: Cause no. Data 2014-184(2). Case no. 2014-M-00478. moo-403-2002-KA-02122-COA.

# 309928168 000 24213.
309928168 000 24214.
# 2006-CP-01723-CoA.
M-2006-168.
Data.
# 2014-1849(1).
# 2014-M-00478.
# 12-60711.
3:12cv399-HTW-LRA.

V.

Darrell Baughn, Special Assistant Attorney General P.O. Box 36 Parchman, MS 38738.

**Identity of Any Previous Proceedings in State or Federal Court That Petitioner has Taken to Secure Relief from His Conviction or Sentence**

Cause No. 2014-1849(1); Data. Redress. Rehab.

1. 27.09 Offender Benefits Assistance for Medicaid.
Case No. 2014-M-00478. Wrongs. Affluence. Wrongful.
27.03 Release of Offenders. legal Remedy or Redress.
Court of Appeals # 2002-KA-02122-CoA; 2006-CP-01723-CoA.

2. 27.01 Parole Board Release S. Administrative Remedy Program.
Civil File No. M00-403.
27.04 Release of Sex Offenders. Releases. Not Guilty.
Miss. Code Ann. 99-39-7, Filing of Motions.

3. 27.06 Offenders Escorted / Emergency Leave.
28 USCS 2254. State Custody, remedies in Federal Courts. $48,000,000.00+.
27.05 International Extradition of MDOC Offenders.
27.02 Offender Pre-Release Preparation.
Post-Conviction Collateral Relief.

WHEREFORE, PREMISES CONSIDERED, Petitioner respectfully requests that this Honorable Court enter and Order requiring the State to file an Answer or other Pleading as to take any other action as the Judge deems appropriate, including, but not limited to, the appointment of Counsel.

Respectfully Submitted,

Ulysses Bownes Bowens
Petitioner

20115. L0115. S0115. L0015.
MDOC #

EMCF 10641 US-80 West
Address

Meridian, MS 39307
Address

# 3:12cv 399-HTW-LRA;
# 2014-184(2)(1); # 12-60711.
# 2014-M-00478.

Certificate of Service's

This is to Certify that I, the undersigned, have this day and date Mailed, via united States Mail, postage pre-paid, a true and Correct Copy of the foregoing and Attached Instruments to the following;

J.T. Noblin, Clerk's
U.S. District Court
P.O. Box 23552
Jackson, MS 39225.

D. Jeremy Whitmire
Clerk of Appellate Courts.
Supreme Court Clerks
P.O. Box 249
Jackson, MS 39205.

Monique Bell
Circuit Court Clerk's
P.O. Box 459
Holly Springs MS 38635.

U.S. District Court
501 E. Court Street Ste 2.200
Jackson, MS 39201.

this the 3 Day of January, 2023.
This the 20 Day of December, 2022.

Ulysses Bownes Bowens # 20115;
50115;
EMCF/MTC/MDOC/MSP,
10641 Hwy 80 West
Meridian, MS 39307.

EMCF [illegible]
ASSISTANCE PROGRAM
10641 HIGHWAY 80 WEST
MERIDIAN, MS 39307

Ulysses Barnes #60115
MTC
10641 Hwy 80 West
Meridian, MS 39307

US POS[TAGE]
FIRST-C[LASS]
062S0014[9]
FROM

882895.13

RECEIVED
JAN 10 2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

LEGAL MAIL

Approved Legal Mail
JAN 03 2023
[EM]CF: LEGAL LIBRARY

U.S. DISTRICT COURT
501 E COURT STREET STE 2.500
JACKSON, MS 39201

~~D. T. Noblin, Clerk~~
~~U.S. District Court Southern~~
~~Post office Box 23552~~
~~Jackson, MS 39225~~