```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    NORTHERN DIVISION
```

**ULYSSES BOWNES, # L0115**                                              **PLAINTIFF**

**VERSUS**                                         **CAUSE NO. 3:23cv116-TSL-MTP**

**STATE OF MISSISSIPPI, JIM HOOD,
RALPH DOXEY, RAYMOND BYRD, EMMIT
L. SPARKMAN, CHRISTOPHER B.
EPPS, PHIL BRYANT, and ERIC
HOLDER**                                                                **DEFENDANTS**

### FINAL JUDGMENT

This cause is before the court, sua sponte, for consideration of dismissal. Pursuant to the Order issued this date and incorporated herein by reference,

**IT IS THEREFORE ORDERED AND ADJUDGED** that this case should be and is hereby **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED,** this the 17th day of August, 2023.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE